UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 1

| | |
|---|---|
| **CAMEL ENEGRY, INC.**<br>                **Plaintiff,**<br><br>      v.<br><br>**UNITED STATES, ET. AL.**<br>                **Defendant.** | **S U M M O N S**<br><br>Court No. 25-00230 |

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Gina Justice
Clerk of the Court

## PROTEST

| | | | |
|---|---|---|---|
| Port(s) of Entry: | 1704 (Atlanta) | Center (if known): | |
| Protest Number: | 90604963689; 90604964026 | Date Protest Filed: | 9/17/2025 |
| Importer: | Camel Energy, Inc. | Date Protest Denied: | 10/17/2025 |
| Category of Merchandise: | Lead-Acid Battery - Passenger; Leadi-Acid Battery - Not Passenger | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 90604963689 | 9/01/2025 | | | | |
| 90604964026 | 9/01/2025 | | | | |
| | | | | | |
| | | | | | |

Mark V. Heusel (734-623-1908)
350 S. Main Street, Ste 300,
Ann Arbor, MI 48104
mheusel@dickinsonwright.com
  Name, Address**,** Telephone Number
  and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| | | | | |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:

19 USC 1514(a)(4) - CBP excluded merchandise and Camel's protest is deemed denied.

The issue which was common to all such denied protests:

CBP excluded goods as subject to the UFLPA. Camel protested the exclusions. CBP did not respond in 30 days. Protests are deemed denied under 19 CFR 174.21(b). Camel now seeks review of those denials.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____*Mark v. Hamel*_____
*Signature of Plaintiff's Attorney*

10/24/2025
_____
*Date*

## SCHEDULE OF PROTESTS

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 170425106958 | 9/17/2025 | 10/17/2025 | 90604964026 | 9/01/2025 | N/A | 1704 |
| 170425106960 | 9/17/2025 | 10/17/2025 | 906-04963689 | 9/01/2025 | N/A | 1704 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021; Oct. 1, 2025, eff. Oct. 1, 2025.)