**IN THE UNITED STATES
COURT OF INTERNATIONAL TRADE**

CAMEL ENERGY, INC.,

              Plaintiff,

   v.

UNITED STATES OF AMERICA and
UNITED STATES CUSTOMS AND
BORDER PROTECTION,

              Defendants.

Case No.:  25-00230

Hon._____

---

**<u>COMPLAINT</u>**

**<u>EXHIBIT B2</u>**

**<u>CBP Notice of Exclusion for Entry No. 90604964026</u>**

# EXHIBIT B2



1 E Bay Street
Savannah, GA 31401

**U.S. Customs and
Border Protection**

Date: September 9, 2025

Camel Energy Inc
4355 Varsity DR
Ann Arbor, MI, 48108

Dear Camel Energy Inc,

You are hereby advised that the below listed entry is subject to the Uyghur Forced Labor
Prevention Act (UFLPA, Pub. L. 117-78) and is excluded from entry into the United States.

| | |
|---|---|
| Article(s) Excluded: | Batteries |
| Quantity: | 2496 |
| Vessel/Trip: | APL ESPLANADE 1TUEJ J |
| Bill of Lading: | CMDU-AYN1260080 |
| Entry Number (if any): | 906-04964026 |

Entry Line Number (if other than entire shipment): 1

Date of Exclusion:        September 3, 2025

Based on a review of the entry or documents submitted:

█ This merchandise has been identified as having been produced (in whole or in part) or having
input(s) from the Xinjiang Uyghur Autonomous Region (XUAR) or by an entity on the UFLPA
Entity List; therefore, it is presumed to be prohibited under 19 U.S.C. 1307 and not entitled to
entry. Accordingly, this shipment is excluded from entry.

**OR**

☐ This merchandise is excluded because the importer failed to request an exception or failed to
provide evidence to demonstrate the merchandise was not produced in whole or in part in the
Xinjiang Uyghur Autonomous Region (XUAR) or by an entity on the UFLPA Entity List **within
30 days (or specific deadline date (if an extension was granted))** from which the cargo was

detained.

**OR**

☐ Insufficient evidence was provided to demonstrate that the merchandise was not produced in whole or in part in the XUAR or by an entity on the UFLPA Entity List.

**OR**

☐ CBP found insufficient evidence to grant an exception pursuant to Section 3(b) of the UFLPA.

Additional Information:

You may export the subject merchandise from the United States under CBP supervision in accordance with 19 C.F.R.§§ 18.25 –18.27. If the merchandise is not exported timely, it will be disposed of in accordance with CBP policies and procedures or you may protest the exclusion of this shipment pursuant to 19 U.S.C. § 1514.

You are hereby notified that any future attempt to import such articles may result in seizure and forfeiture.

Should you have any questions regarding this matter please contact:

Assistant Port Director Scott Huntley
william.s.huntley@cbp.dhs.gov
Cell (912) 650-0037

Sincerely,

John B Nutzla

Joshua Nuutzhorn
Port Director
U.S. Customs and Border Protection

UFLPA Notice of Exclusion Continuation Sheet Attached?        ☐ Yes        ■ No