UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CAMEL ENERGY, INC.,<br><br>                    Plaintiff,<br><br>          v.<br><br>UNITED STATES,<br><br>                    Defendant. | Court No. 25-00230 |

**ORDER OF ASSIGNMENT**

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e) of the Rules of this Court, the above-entitled action is assigned to the Honorable Claire R. Kelly.

           /s/ Mark A. Barnett
Mark A. Barnett
Chief Judge

Dated:   October 29, 2025