UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| CAMEL ENERGY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES, ET AL.,<br><br>    Defendants. | Before: Claire R. Kelly, Judge<br><br>Court No. 25-00230 |

## ORDER

On October 29, 2025, Plaintiff moved to expedite the briefing schedule in this matter, see ECF No. 11.  On October 30, 2025, during a telephone conference with the Court on October 30, 2025, see ECF No. 15, the parties agreed to confer about a proposed briefing schedule, and the Court ordered Defendants file any response to Plaintiff's Motion to Expedite by Tuesday, November 4, 2025, at 5:00 PM, see ECF No. 16.  On November 4, Plaintiff filed an expedited motion for leave to file a reply, see ECF No. 17, informing the Court that the parties were unsuccessful in agreeing on a proposed briefing schedule, and requesting leave to reply to Defendants' response by Wednesday, November 5th at 5:00 PM.  By 5:00 PM on Tuesday, November 4, 2025, Defendants had not filed a response to the motion, a proposed schedule or a motion for an extension of time.  Accordingly, the Court will consider Plaintiff's proposed expedited briefing schedule.

Upon consideration of Plaintiff's motion for expedited briefing, it is

**ORDERED** that Plaintiff's motion for expedited treatment is GRANTED, and it is further

**ORDERED** that Plaintiff may file a proposed briefing schedule accompanied by a brief statement of reasons as to why this expedited timeframe is necessary by Wednesday, November 5th, 2025 at 4:00 PM.

      /s/ Claire R. Kelly
      Claire R. Kelly, Judge

Dated:    November 4, 2025
            New York, New York