# UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

|  |  |  |
|---|---|---|
| CAMEL ENERGY, INC., | : | |
| Plaintiff, | : | Court No. 25-00230 |
| v. | : | |
| UNITED STATES OF AMERICA and UNITED STATES CUSTOMS AND BORDER PROTECTION, | : | |
| Defendants. | : | |

## STATUS REPORT

The United States, Government, hereby provides this status report to inform the Court that, after completion of the administrative review by U.S. Customs and Border Protection (CBP), CBP intends to release the merchandise that is the subject of this action into the commerce of the United States.

Plaintiff, Camel Energy, Inc. (Camel Energy or CEI), commenced this action to challenge the exclusion of its merchandise, various lead-acid batteries, in Entry Nos. 906-0496368-9 and 906-0496402-6. Compl. ¶¶ 1, 23, ECF No. 2 (Oct. 24, 2025). CBP excluded the merchandise as being subject to the Uyghur Forced Labor Prevention Act (UFLPA), Pub. L. 117-78, 135 Stat. 1525 (2021). In its prayer for relief, plaintiff asks, among other things, that the Court: "(1) declare that Entry Nos. 90604963689 and 90604964026 are not subject to the UFLPA; [and] (2) direct Defendants to allow the merchandise in Entry Nos. 90604963689 and 90604964026 to enter the United States . . . " ECF No. 2 at 11–12.

In addition to the entries at issue in this matter, there were approximately 320 additional entries made by Camel Energy that had likewise been detained or excluded on the basis of the UFLPA. Approximately 42 of those entries were the subject of a separate court action, *Camel Energy, Inc. v. United States*, Court No. 25-00420.

Since the time of the exclusion of Camel Energy's entries, CBP continued to work with Camel Energy to review information related to the specific supply chain for the detained and excluded entries, including the ones at issue in this action. On Friday, January 30, 2026, CBP determined that, with respect to these specific entries, Camel Energy had sufficiently met its burden and that release of the merchandise into the United States was appropriate. Undersigned counsel notified Camel Energy's counsel of the status of CBP's review, and intent to release, on that same day. As a result of CBP's determination, also on January 30, 2026, CBP began releasing the merchandise in entries that were not subject to either court action. As of today's date, more than 200 entries have been released to the importer.

We write to notify the Court, in advance of taking any action with respect to the two entries that are the subject of this action, that CBP intends to release the merchandise into the United States for those entries as well. Should the Court have any questions for the Government, we are available at the Court's convenience.

*Status Report*
*Camel Energy, Inc. v. United States*, Court No. 25-230

                                     Respectfully submitted,

                                     BRETT A SHUMATE
                                     Assistant Attorney General

                                     PATRICIA M. McCARTHY
                                     Director

                                     JUSTIN R. MILLER
                                     Attorney-In-Charge
                                     International Trade Field Office

By:     /s/ Monica P. Triana
          MONICA P. TRIANA
          Senior Trial Counsel

          /s/ Mathias Rabinovitch
          MATHIAS RABINOVITCH
          Trial Attorney
          Department of Justice, Civil Division
          Commercial Litigation Branch
          26 Federal Plaza – Room 346
          New York, New York 10278
          Tel. (212) 264-9240 or 9230
February 6, 2026          *Attorneys for Defendants*