## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **CAMEL ENERGY, INC.,** | |
| **Plaintiff,** | **Before: Claire R. Kelly, Judge** |
| **v.** | **Court No. 25-00230** |
| **UNITED STATES, ET AL.,** | |
| **Defendants.** | |

### <u>ORDER</u>

Before the Court is Defendants' motion to further a stay of discovery in this case. <u>See</u> ECF No. 46.  Defendants moved to continue the stay of discovery to advance settlement discussions between the parties.  <u>See</u> ECF No. 46.  Plaintiff opposes the motion to extend the stay.  <u>See</u> ECF No. 48.  The Court held a telephonic conference with the parties on March 18, 2026, to discuss the parties' positions.  <u>See</u> ECF No. 49. In light of the Court's discussion with the parties, it is

**ORDERED** that the Defendants' motion for an extension of a stay of discovery is denied in part and granted in part; and it is further

**ORDERED** that the Defendants shall file a response to Plaintiff's Motion to Compel, <u>see</u> ECF Nos. 34, 35, on or before Wednesday, March 25, 2026.

<u>/s/ Claire R. Kelly</u>
Claire R. Kelly, Judge

Dated:      March 18, 2026
                 New York, New York