## IN THE UNITED STATES
## COURT OF INTERNATIONAL TRADE

CAMEL ENERGY, INC.,

      Plaintiff,

    v.

UNITED STATES OF AMERICA and
UNITED STATES CUSTOMS AND
BORDER PROTECTION,

      Defendants.

Case No.: 25-00230

Hon. Claire R. Kelly

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the Court of the United States Court of International Trade (USCIT), is stipulated for judgment on the following statement of facts in which the parties agree that:

1. On September 3, 2025, Defendant U.S. Customs and Border Protection ("CBP") excluded Entry Numbers 906-0496368-9 and 906-0496402-6 from entry into the United States.

2. On September 9, 2025, CBP issued two exclusion notices to Camel Energy, Inc. ("Plaintiff") for the exclusion of Entry Numbers 906-0496368-9 and 906-0496402-6.

3. On September 18, 2025, Plaintiff timely protested CBP's exclusion of Entry Numbers 906-0496368-9 and 906-0496402-6.

4. On October 18, 2025, Plaintiff's protests were denied as a matter of law for purposes of 28 U.S.C. § 1581(a).

5. On October 24, 2025, Plaintiff filed a complaint challenging CBP's denial of Plaintiff's protests of CBP's exclusion of Entry Numbers 906-0496368-9 and 906-0496402-6 from entry into the United States as subject to the Uyghur Forced Labor Prevention Act (UFLPA).

1

6.      On November 24, 2025, Defendants answered Plaintiff Camel Energy's complaint.

7.      After filing the complaint, Plaintiff provided additional information concerning the supply chain for its merchandise in Entry Numbers 906-0496368-9 and 906-0496402-6 as well as for merchandise in certain other entries that were excluded between August 2025 and January 2026 (together, "Excluded Entries") in response to requests by CBP.

8.      On or around January 30, 2026, CBP completed its review of the supply chain for the above-mentioned merchandise, based on the information that Plaintiff provided. CBP's review was limited to determining whether the merchandise was subject to the application of the UFLPA (applicability review), specifically, whether it was mined, produced, or manufactured wholly or in part in the Xinjiang Uyghur Autonomous Region of the People's Republic of China (XUAR) or produced by an entity on the UFLPA entity list and consequently prohibited under 19 U.S.C. § 1307 (i.e., made with forced labor) and not entitled to entry. CBP determined that the merchandise in the Excluded Entries that it reviewed was not subject to the application of the UFLPA.

9.      Also on January 30, 2026, CBP notified Plaintiff, via email, that it had completed its limited review as to whether the UFLPA was applicable and that the information that Plaintiff provided did not reveal a link to the use of forced labor in the supply chain for the Excluded Entries. Accordingly, CBP informed Plaintiff that it would begin releasing the Excluded Entries. CBP's decision to release the Excluded Entries was based solely on its finding that the merchandise in the Excluded Entries that it reviewed was not subject to the application of the UFLPA.

10.     CBP released the merchandise in Entry Numbers 906-0496368-9 and 906-0496402-6, which was part of the aforementioned review, on February 12, 2026.

11.     The merchandise in Entry Numbers 906-0496368-9 and 906-0496402-6 is not subject to the application of the UFLPA, *i.e.*, the merchandise was not mined, produced, or manufactured wholly or in part in the XUAR or produced by an entity on the UFLPA entity list.

12.     The exclusion notices issued to Plaintiff with respect to the Excluded Entries are no longer in effect.

13.     Each party will bear its own taxable costs permitted under USCIT R. 54 and 28 U.S.C. § 2412(a) and attorney's fees and expenses under USCIT R. 54.1 and 28 U.S.C. § 2412(b) & (d).

3

Stipulated Judgment on Agreed Statement of Facts,
*Camel Energy, Inc. v. United States*, Court No. 25-00230

Respectfully Submitted,

Mark V. Heusel
Jacob L. Clark
Daniel C. Ziegler
DICKINSON WRIGHT PLLC
350 S. Main Street, Suite 300
Ann Arbor, MI 48104
(734) 623-1908
mheusel@dickinsonwright.com
jlclark@dickinsonwright.com
dziegler@dickinson-wright.com
*Attorneys for Plaintiff Camel Energy, Inc.*

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. MCCARTHY
Director

3/20/2026

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

3/20/2026

Monica P. Triana
Mathias Rabinovitch
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza – Room 346
New York, New York 10278
Tel. (212) 264-9240 or 9230
*Attorneys for Defendants*

**SO ORDERED.**

Judgment is hereby entered in accordance with this stipulation and this action is

dismissed.

Dated: _____

_____
Hon. Claire R. Kelly

4